UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23913-BLOOM/Louis

JOAO WOILER, et al.,

    Plaintiffs,

v.

WILLIAM BARR, Attorney General of the
United States, et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon a Notice of Voluntary Dismissal, ECF No. [8] ("Notice"), filed on October 4, 2019. The Court has reviewed the Notice and the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [8]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 4, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 19-cv-23913-BLOOM/Louis

Copies to:

Counsel of Record

Case 1:19-cv-23913-BB  Document 9  Entered on FLSD Docket 10/07/2019  Page 2 of 2